****CORRECTED COPY – DESTROY ALL OTHERS****

# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman Basic CREE A. DENNIS
## United States Air Force

## ACM S32151

## 21 April 2014

Sentence adjudged 12 February 2013 by SPCM convened at JBSA-Lackland, Texas.  Military Judge:  Matthew D. Van Dalen.

Approved Sentence:  Bad-conduct discharge, confinement for 9 months and forfeiture of $1,010.00 pay per month for 9 months.

Appellate Counsel for the Appellant:  Captain Nicholas D. Carter.

Appellate Counsel for the United States:  Gerald R. Bruce, Esquire.

Before

ROAN, HELGET and MARKSTEINER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court